IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| ROSEMARY PACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 04-0064-CV-W-DW |
| v. | ) | |
| | ) | |
| NORTH KANSAS CITY, MISSOURI | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is the parties' Dismissal By Agreement (Doc. 51). The parties move the Court to dismiss this case with prejudice with each side to bear its own costs. Pursuant to the stipulation of the parties, the Court ORDERS that the above-captioned case be DISMISSED WITH PREJUDICE with each party to bear its own costs. See Fed. R. Civ. P. 41(a)(1). The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: July 11, 2005